67957. DREXLER v. GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY.
(332 SE2d 175)

SOGNIER, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, our decision in *Drexler v. Ga. Farm Bureau Mut. Ins. Co.*, 171 Ga. App. 718 (320 SE2d 854) (1984), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Deen, P. J., and McMurray, P. J., concur.*

DECIDED MAY 1, 1985.

*Terrence J. Paulk, Robert E. Sherrell*, for appellant.
*J. Harvey Davis*, for appellee.